CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 SEP -5  PM 3: 33

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FRANCISCO JAVIER MERCADO-ZAPATA §
§
v.                                                    §                 2:11-CV-0283
§
UNITED STATES OF AMERICA              §

## ORDER ADOPTING REPORT AND RECOMMENDATION AND
## DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Came for consideration the motion to vacate, set aside, or correct sentence by a person in federal custody filed by defendant. On August 9, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this ____5th____ day of ___September___ 2012.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE